Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Jan Cisak |
| Debtor 2 | Lilla Sroczynska aka Lilla Cisak |
| United States Bankruptcy Court for the | Northern District of Illinois |
| Case number | 13-10388 |

Form 4100R

## Response to Notice of Final Cure Payment

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of Creditor: Provident Funding Associates, L.P.

Court claim no. (if known): N/A

Last 4 digits of any number you use to identify the debtor's account: XXXXXX0386

Property address: 5556 Lyman Ave
Number       Street

Downers Grove       IL       60516
City       State       ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☉ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☉ Creditor states that the debtor(s) are current with all postpetition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/01/2018

☐ Creditor states that the debtor(s) are not current on all post petition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:       (a) $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:       + (b) $ _____
c.  **Total.** Add lines a and b.       (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the post petition payment(s) that first became due on:

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  */s/ Brenda Likavec*
Signature

Date  April 16, 2018

Print  **Brenda**          **Likavec**
       First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company  **Potestivo & Associates, P.C.**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  223 W Jackson Blvd., Suite 610,
         Number        Street
         Chicago       IL        60606
         City          State     ZIP Code

Contact phone  312-263-0003          Email  blikavec@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Jan Cisak                                      Case No. 13-10388
    Lilla Sroczynska                        Chapter 13
    aka Lilla Cisak                          Judge Janet S. Baer

            Debtors,

_____/

## AFFIDAVIT OF SERVICE

    I, Jennifer DeJaeghere, state that on the 16th day of April 2018, I served a copy of the Response to Notice of Final Cure and Proof of Service of same upon:

| | |
|---|---|
| Jan Cisak & | Nathan E Curtis |
| Lilla Sroczynska | Geraci Law L.L.C. |
| aka Lilla Cisak | 55 E. Monroe St. |
| 5556 Lyman Ave | Suite #3400 |
| Downers Grove, IL 60516 | Chicago, IL 60603 |
| | |
| Glenn B Stearns | Patrick S Layng |
| 801 Warrenville Road | Office of the U.S. Trustee, Region 11 |
| Suite 650 | 219 S Dearborn St |
| Lisle, IL 60532 | Room 873 |
| | Chicago, IL 60604 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to Debtor's Attorney, the Trustee, and the U.S. Trustee.

                                                              */s/ Jennifer DeJaeghere*
                                                              Jennifer DeJaeghere